UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

```
PABLO CABAN,

        Plaintiff,
                                              04-5407 (WGB)
v.

SPECTRUM HEALTHCARE SERVICES, INC.,           O R D E R
et al.,

        Defendants.
```

ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

This matter having come before the Court on the Report and Recommendation of United States Magistrate Judge Madeline Cox Arleo filed on July 28, 2005; and the Court having received no objections; and the Court having reviewed the Report and Recommendation and other documents on file in this matter; and

For good cause shown;

It is on this 17th day of August 2005 **ORDERED** that the Report and Recommendation of Magistrate Judge Arleo filed on July 28, 2005 recommending denial of Plaintiff's request for *pro bono* counsel and denial of Defendants' motion to dismiss for failure to provide discovery is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and

IT IS FURTHER ORDERED that Plaintiff's request for pro bono counsel is denied and Defendants' motion to dismiss is denied.

/s/ William G. Bassler
WILLIAM G. BASSLER, U.S.S.D.J.